UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BASEL BASSEL EBBADI,** § <br> §<br> *Petitioner*, § <br> § <br> v. § <br> § <br> **PAMELA BONDI, ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ANGEL GARITE, U.S. ICE FIELD OFFICE DIRECTOR FOR THE EL PASO FIELD OFFICE; and WARDEN OF IMMIGRATION DETENTION FACILITY,** § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> *Respondents*. § | No. 3:25-CV-00292-LS |

## **ORDER**

Today, the Court considered this case. Respondents have indicated that Petitioner Basel Bassel Ebbadi's removal to Lebanon is "imminent," and that Immigration and Customs Enforcement ("ICE") had a valid travel document for Petitioner that expired on November 25, 2025.[1] As that time has passed, the Court orders Respondents to provide an update on Petitioner's status and whether he has been removed from the United States by **December 12, 2025**.

**SO ORDERED**.

---

[1] ECF No. 5 at 2–3.

**SIGNED** and **ENTERED** on December 5, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**