UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BASEL BASSEL EBBADI, § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> PAMELA BONDI, ATTORNEY § <br> GENERAL; KRISTI NOEM, § <br> SECRETARY OF THE DEPARTMENT § <br> OF HOMELAND SECURITY; ANGEL § <br> GARITE, U.S. ICE FIELD OFFICE § <br> DIRECTOR FOR THE EL PASO § <br> FIELD OFFICE; and WARDEN OF § <br> IMMIGRATION DETENTION § <br> FACILITY, § <br> § <br> *Respondents*. § | No. 3:25-CV-00292-LS |

## ORDER DISMISSING CASE

Respondents filed an advisory to the Court regarding Petitioner's physical removal from the United States.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, his petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

**SO ORDERED**.

---

[1] ECF No. 7.
[2] ECF No. 2.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

SIGNED and ENTERED on December 17, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**